■ INCI TERRY, Appellant, v COUNTY OF ORLEANS et al., Respondents. (Appeal No. 2.)—Order unanimously modified and, as modified, affirmed, without costs, in accordance with same memorandum as in *Terry v County of Orleans* (72 AD2d 925). (Appeal from order of Monroe Supreme Court—dismiss complaint.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Doerr and Witmer, JJ.